## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JACKSON,** | : | |
| **Petitioner** | : | |
| | : | **No. 4:96-cr-0200** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

## <u>ORDER</u>

**AND NOW**, on this 5th day of February 2018, upon consideration of Petitioner's Motion

to Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 494), and in accordance with the

accompanying Memorandum, **IT IS ORDERED THAT**:

1.     Petitioner's motion (Doc. No. 494), is **DISMISSED** without prejudice as time-barred;[1]

2.     A certificate of appealability is **GRANTED**; and

3.     The Clerk of Court is directed to **CLOSE** civil case number 16-cv-1191.

                           s/ Yvette Kane
                           Yvette Kane, District Judge
                           United States District Court
                           Middle District of Pennsylvania

---

[1] Petitioner's subsequent <u>pro se</u> motion (Doc. No. 496), is also **DISMISSED**.